# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

STEPHEN E. ARMSTRONG,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C 07 3793**

*FILED AUG 2 7 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

*ORIGINAL FILED AUG 2 7 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

TO: (Name and address of defendant)

UNITES STATES OF AMERICA
United States Attorney
9th Circuit, Civil Division
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Harvey A. Hyman (SB#121554)
Law Offices of Harvey A. Hyman
180 Grand Avenue, Suite 935
Oakland, CA 94612
(510) 272-0655

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK   ANNA SPRINKLES

DATE JUL 2 4 2007

12388

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

**DATE:** 7/24/07

**Name of SERVER:** Harvey A. Hyman

**TITLE:**

Check one box below to indicate appropriate method of service

[X] Served Personally upon the Defendant. Place where served: U.S. Attorney for the Northern District of California, 450 Golden Gate Ave., 9th Fl, San Francisco CA 94102

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES  N/A

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/24/07
            Date

*Signature of Server:* Harvey Hyman

*Address of Server:* 180 Grand Ave #935, Oakland CA 94612

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

12389