```
 1  THE BRANDI LAW FIRM
    THOMAS J. BRANDI #53208
 2  BRIAN J. MALLOY #232257
 3  44 Montgomery Street, Suite 1050
    San Francisco, CA 94104
 4  Telephone: (415) 989-1800
    Facsimile:  (415) 707-2024
 5  bjm@brandilaw.com
 6
    Attorneys for Plaintiff
 7
 8                  UNITED STATES DISTRICT COURT
 9                NORTHERN DISTRICT OF CALIFORNIA
10
11  STEPHEN E. ARMSTRONG              NO. CV 07-03793 SBA
12           Plaintiff,
13     v.                             DESIGNATION OF COUNSEL
14  UNITED STATES OF AMERICA
15           Defendant.
                                  /
16
17       Plaintiff Stephen E. Armstrong hereby designates Thomas J. Brandi and Brian J. Malloy
18  of The Brandi Law Firm as counsel for service in this action.
19       The following attorney is no longer counsel of record in this action: Harvey Hyman.
20
21  Dated:   September 6, 2007        THE BRANDI LAW FIRM
22
23                                    By: /s Brian J. Malloy
                                         BRIAN J. MALLOY
24                                       The Brandi Law Firm
                                         44 Montgomery St. Suite 1050
25                                       San Francisco, CA 94104
                                         Telephone: (415) 989-1800
26                                       Facsimile: (415) 989-1801
                                         bjm@brandilaw.com

    Dated: September 6, 2007          By: [signature]
                                         STEPHEN E. ARMSTRONG
```

12390