THE BRANDI LAW FIRM
THOMAS J. BRANDI #53208
BRIAN J. MALLOY #234882
44 Montgomery Street, Suite 1050
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile:  (415) 707-2024
bjm@brandilaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN E. ARMSTRONG | NO. CV 07-03793 SBA |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| UNITED STATES OF AMERICA | |
| Defendant. | |

The undersigned certifies and declares as follows:

I am over the age of eighteen years and not a party to this action.  My business address is 44 Montgomery Street, Suite 1050, San Francisco, California, 94104, located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

12391

1

2    On September 6, 2007, at my place of business at San Francisco, California, copies of

3 the following documents: CLERK'S NOTICE (Docket No. 3) and DESIGNATION OF

4 COUNSEL (Docket No. 8) were placed for deposit in the United States Postal Service in sealed

5 envelopes with postage fully prepaid, addressed to the following named persons:

6
Al Rosen
7 Deputy General Counsel
34 Graham Street
8 San Francisco, CA 94129-0052

9
and the envelope so addressed was placed for collection and mailing on the above date
10
following ordinary business practices.
11
    I certify and declare under penalty of perjury under the laws of the State of California
12
13 that the foregoing is true and correct.

14

15 Dated:   September 6, 2007        THE BRANDI LAW FIRM

16

17                                  By: /s Brian J. Malloy
                                         BRIAN J. MALLOY
18                                     The Brandi Law Firm
                                     44 Montgomery St. Suite 1050
19                                     San Francisco, CA 94104
                                     Telephone: (415) 989-1800
20                                     Facsimile: (415) 989-1801
21                                     bjm@brandilaw.com

22

23

24

25

26