THE BRANDI LAW FIRM
THOMAS J. BRANDI #53208
BRIAN J. MALLOY #234882
44 Montgomery Street, Suite 1050
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile:  (415) 707-2024
bjm@brandilaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN E. ARMSTRONG | NO. CV 07-03793 SBA |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| UNITED STATES OF AMERICA | |
| Defendant. | |

The undersigned certifies and declares as follows:

I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 1050, San Francisco, California, 94104, located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

1
2  On October 15, 2007, at my place of business at San Francisco, California, copies of the
3 following documents: CLERK'S NOTICE (Docket No. 3) and DESIGNATION OF
4 COUNSEL (Docket No. 8) were placed for deposit in the United States Postal Service in sealed
5 envelopes with postage fully prepaid, addressed to the following named persons:
6
   Katherine B. Dowling, Esq.
7  Assistant United States Attorney
   450 Golden Gate Avenue, 9th Floor
8  San Francisco, CA 94102-3495
9
   and the envelope so addressed was placed for collection and mailing on the above date
10
   following ordinary business practices.
11
12  I certify and declare under penalty of perjury under the laws of the State of California
13 that the foregoing is true and correct.
14
15 Dated:   October 15, 2007    THE BRANDI LAW FIRM
16
17           By: /s Brian J. Malloy
            BRIAN J. MALLOY
18            The Brandi Law Firm
            44 Montgomery St. Suite 1050
19            San Francisco, CA 94104
            Telephone: (415) 989-1800
20            Facsimile: (415) 989-1801
            bjm@brandilaw.com
21
22
23
24
25
26

00211