THE BRANDI LAW FIRM
THOMAS J. BRANDI #53208
BRIAN J. MALLOY #232257
44 Montgomery Street, Suite 1050
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 707-2024
bjm@brandilaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEPHEN E. ARMSTRONG | NO. CV 07-03793 SBA |
| Plaintiff, | **PLAINTIFF'S ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| UNITED STATES OF AMERICA | |
| Defendant. / | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

**(2)** Discussed the available dispute resolution options provided by the Court and private Entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/18/07

[PARTY]

Dated: 10/19/07

[COUNSEL]

PLAINTIFF'S ADR CERTIFICATION BY PARTIES AND COUNSEL - NO. CV 07-03793 SBA

10390