THE BRANDI LAW FIRM
THOMAS J. BRANDI #53208
BRIAN J. MALLOY #232257
44 Montgomery Street, Suite 1050
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile:  (415) 707-2024
bjm@brandilaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

STEPHEN E. ARMSTRONG,                      NO. CV 07-03793 SBA

          Plaintiff,                                **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
v.

UNITED STATES OF AMERICA,

          Defendant.
_____/

      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:   October 29, 2007                        THE BRANDI LAW FIRM

                                                  By: /s Brian J. Malloy
                                                     BRIAN J. MALLOY
                                                     The Brandi Law Firm
                                                     44 Montgomery St. Suite 1050
                                                     San Francisco, CA 94104
                                                     Telephone: (415) 989-1800
                                                     Facsimile: (415) 989-1801
                                                     bjm@brandilaw.com

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS - NO. CV 07-03793 SBA

10497