UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**Date:** 10/31/07

C-07-03793 SBA           **JUDGE:** SAUNDRA BROWN ARMSTRONG

**Title:**     STEPHEN E. ARMSTRONG vs. USA
**Atty.:** BRIAN MALLOY                    KAT5HERINE DOWLING

**Deputy Clerk:** Lisa R. Clark         **Court Reporter:** N/R
**PROCEEDINGS**
Plt   DFT
( ) ( ) 1. TELEPHONE CASE MANAGEMENT CONFERENCE - HELD
( ) ( ) 2.
( ) ( ) 3.
( ) ( ) 4.
( ) Motion(s)    ( ) Granted    ( ) Denied    ( ) Off Calendar
              ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  ( ) Deft  (X) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to_____ for a Telephone Case Management Conference at  p.m.
Case Continued to_____ for OSC RE:_____
Case Continued to_____ for_____ Motion Hearing
Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____
General Discovery Cut-off 8/4/08 Expert Discovery Cut-off 9/1/08
Plft to name Experts by 7/7/08   Deft to name Experts by 7/7/08
All Dispositive Motions to be heard by ( Motion Cut-off) 10/21/08
Case Continued to 11/25/08  for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due 11/4/08   Motions in limine/objections to evidence due 11/11/08
Responses to motions in limine and/or responses to objections to evidence due 11/18/08
Case Continued to 12/8/08   for Trial(Court/Jury: 3-5 Days) at 8:30 a.m.
(X) REFERRED TO MAGISTRATE  TO BE ASSIGNED   FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 **Notes:** MANDATORY SETTLEMENT CONFERENCE TO BE HELD BETWEEN 10/22-11/3/08 BEFORE A MAGISTRATE JUDGE
cc: WINGS HOM VIA MAIL