SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7155
Facsimile: (415) 436-6927
Email: neill.tseng@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEPHEN E. ARMSTRONG, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. C 07-3793 SBA <br><br> NOTICE OF SUBSTITUTION OF COUNSEL |

**TO: THE COURT AND TO PLAINTIFF AND PLAINTIFF'S COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant UNITED STATES OF AMERICA has substituted the following counsel for Katherine B. Dowling, AUSA:

Neill T. Tseng
Assistant United States Attorney
450 Golden Gate Ave., 9th Floor
San Francisco, CA 94102
Phone: (415) 436-7155
Fax:    (415) 436-6927
Email: neill.tseng@usdoj.gov

It is requested that copies of all correspondence, discovery, pleadings, and orders be served on Neill T. Tseng, AUSA.

1
2                                                    Respectfully submitted,
3                                                    SCOTT N. SCHOOLS
                                                     United States Attorney
4
5
6  Dated: December 14, 2007                                    /s/
                                                     _____
                                                     NEILL T. TSENG
7                                                    Assistant United States Attorney
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28