THE BRANDI LAW FIRM
THOMAS J. BRANDI #53208
BRIAN J. MALLOY #232257
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 707-2024
bjm@brandilaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

STEPHEN E. ARMSTRONG,

        Plaintiff,

v.

UNITED STATES OF AMERICA

        Defendant.

NO. CV 07-03793 SBA

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that as of January 1, 2008, the attorney for plaintiff STEPHEN E. ARMSTRONG have changed their address for services of notices and documents in the above-captioned action. The new address of BRIAN J. MALLOY, THE BRANDI LAW FIRM, is 354 Pine Street, Third Floor, San Francisco, CA 94104, the telephone and facsimile numbers remain unchanged. All notices and documents regarding this action should be sent to the above address.

Dated:  January 14, 2008                    THE BRANDI LAW FIRM

                                            By: /s Brian J. Malloy
                                               BRIAN J. MALLOY
                                               The Brandi Law Firm
                                               354 Pine Street, Third Floor
                                               San Francisco, CA 94104
                                               Telephone: (415) 989-1800
                                               Facsimile: (415) 989-1801
                                               bjm@brandilaw.com

11916