1  THE BRANDI LAW FIRM
   THOMAS J. BRANDI #53208
2  BRIAN J. MALLOY #232257
   354 Pine Street, Third Floor
3  San Francisco, CA 94104
   Telephone: (415) 989-1800
4  Facsimile: (415) 989-1801
   bjm@brandilaw.com
5
   Attorneys for Plaintiff
6

7  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
8  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
9  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
10
       450 Golden Gate Avenue, Box 36055
11     San Francisco, California 94102-3495
       Telephone: (415) 436-7155
12     Facsimile: (415) 436-6927
       Email: neill.tseng@usdoj.gov
13
   Attorneys for Defendant

14

15                       UNITED STATES DISTRICT COURT

16                      NORTHERN DISTRICT OF CALIFORNIA

17                              OAKLAND DIVISION

18  STEPHEN E. ARMSTRONG,              )   No. C 07-3793 SBA
                                       )
19                 Plaintiff,          )
                                       )   STIPULATION TO ENLARGE
20          v.                         )   DISPOSITIVE MOTION CUT-OFF
                                       )   HEARING DATE; ORDER
21  UNITED STATES OF AMERICA,          )
                                       )
22                 Defendant.          )
                                       )
23  _____  )

24
        Subject to the approval of the Court, the parties hereby stipulate that the dispositive
25
    motion cut-off hearing date, currently set for October 21, 2008, be enlarged to November 11,
26
    2008, or the first hearing date thereafter, given that November 11 is a federal holiday (Veterans
27
    Day).
28

STIPULATION TO ENLARGE DISPOSITIVE MOTION CUT-OFF HEARING DATE; [PROPOSED] ORDER
C 07-3793 SBA                          -1-

This enlargement is necessary for the parties to have sufficient time to obtain and use the deposition transcript of Plaintiff's expert witness, Mr. Jerry Wachtel, in a dispositive motion or opposition thereto. Mr. Wachtel is scheduled to be deposed on September 11, 2008.

This is the first request to enlarge deadlines in this case. The trial date remains set for December 8, 2008.

Respectfully submitted,

Dated: 8/8/08

/s/

BRIAN J. MALLOY
Attorney for Plaintiff


JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 8/8/08

/s/

NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: 9/2/08

HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE