THE BRANDI LAW FIRM
THOMAS J. BRANDI #53208
BRIAN J. MALLOY #232257
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile:  (415) 989-1801
bjm@brandilaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEPHEN E. ARMSTRONG | NO. CV 07-03793 SBA |
| Plaintiff,<br>v. | **STIPULATION AND**<br>**ORDER CONTINUING TRIAL DATE**<br>**AND PRETRIAL CONFERENCE** |
| UNITED STATES OF AMERICA | |
| Defendant.<br>_____/ | |

      Plaintiff Stephen E. Armstrong ("Plaintiff") and Defendant United States of America ("Defendant") hereby stipulate to the following and request that the December 8, 2008 trial date and November 25, 2008 pretrial conference be continued in this matter, and that the trial shall begin on May 18, 2009 and the pretrial conference date shall be May 12, 2009.

      Good cause exists for this continuance because Plaintiff's counsel has very recently been associated in as lead trial counsel in the *Welding Rods Products Liability Cases*, JCCP 4368, currently pending before The Honorable Robert Freedman in the Alameda County Superior Court. The first trial in these proceedings has been set for December 1, 2008, and will likely last 3-4 weeks.  Plaintiff is therefore requesting the continuance on that basis.

      The parties agree that the continuance will be without prejudice to Defendant's being able

1  to argue that evidence from any future medical visits should be excluded on the grounds of

2  untimeliness **or** unfair surprise based on the original trial date, or any other ground.

3        Plaintiff shall produce to Defendant within a reasonable time any medical records from any

4  visit to Plaintiff's treating physicians after the date of this order without the need for a formal

5  request.   The parties further agree that Plaintiff will not object to Defendant's deposing Plaintiff's

6  treating physicians after any future medical visits.

7        The parties stipulate that, if there is any evidence from any visit to Plaintiff's treating

8  physician after December 3, 2008, that evidence shall not be admissible unless (1) Plaintiff informs

9  Defendant of such evidence and (2) the Court allows plaintiff leave to have it admissible only after

10  Plaintiff shows of good cause.

11

12  Dated:    November 4, 2008

13                                    By: /s/ Brian J. Malloy_____
                                      BRIAN J. MALLOY

14                                        Attorney for Plaintiff

15  Dated:    November 4, 2008

16                                    By: /s/ Neill T. Tseng_____
                                      NEILL T. TSENG

17                                        Attorney for Defendant

18

19

20

21

22

23

24

# ORDER

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

The December 8, 2008 trial date is VACATED.

The November 25, 2008 Pretrial Conference is VACATED.

The trial in this matter shall be continued to May 18, 2009 at 8:30 a.m.

The Pretrial Conference in this matter shall be continued to May 12, 2009 at 1:00 p.m.

The deadlines set forth in the Section F of the Order for Pretrial Preparation for pretrial filings shall be calculated from the new Pretrial Conference date.

No other deadlines or hearings are modified by this order.

Dated: 11/4/08

_____
The Honorable Saundra B. Armstrong
United States District Judge