UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| STEPHEN E. ARMSTRONG, | ) | No. C 07-3793 SBA |
| Plaintiff, | ) ) ) | **JUDGMENT** |
| v. | ) ) | [Docket No. 38] |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) ) | |

The Court, having granted Defendant's motion for summary judgment in favor of Defendant on all claims brought by Plaintiff, hereby ENTERS judgment pursuant to Fed. R. Civ. P. 54(a). All matters calendared in this action are VACATED.

IT IS SO ORDERED.

Dated: 11/24/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

-1-